IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TINA STALION, | ) |
| | ) |
|    Plaintiff, | ) |
| | )    NO. 22-cv-01075- STA-jay |
| vs. | ) |
| | ) |
| CARROLL BANK & TRUST, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

### ORDER DENYING MOTION TO DISMISS AS MOOT
### AND GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

Plaintiff has filed a motion to amend her complaint. (ECF No. 13.) Defendant has not responded to the motion within the requisite time. For good cause shown, Plaintiff's motion is **GRANTED**. Plaintiff will have seven (7) days from the entry of this order in which to file her amended complaint. (ECF No. 13-1.)

In light of the filing of an amended complaint by Plaintiffs, Defendant's motion to dismiss is **DENIED** as moot. (ECF No. 11.) *See Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000) (holding that the amended complaint supersedes all previous complaints and becomes the operative pleading)); *see also Glass v. The Kellogg Co.*, 252 F.R.D. 367, 368 (W.D. Mich. 2008) ("Because the original complaint has been superseded and nullified, there is no longer

a live dispute about the propriety or merit of the claims asserted therein; therefore, any motion to dismiss such claims is moot.")

       IT IS SO ORDERED.

                                          **s/ S. Thomas Anderson**
                                          S. THOMAS ANDERSON
                                          CHIEF UNITED STATES DISTRICT JUDGE

                                          Date:  July 28, 2022